Lars K. Evensen, Esq.
Nevada Bar No. 8061
Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 222-2539
Fax: (702) 669-4650
Email: lkevensen@hollandhart.com
       jgwent@hollandhart.com
       srgambee@hollandhart.com

*Attorneys for Plaintiff*
*M&P Venture Partners L.L.C.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M&P VENTURE PARTNERS L.L.C., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>MACO CONSTRUCTION SERVICES, INC., an Arizona corporation; and WESTERN SURETY COMPANY, a surety;<br><br>Defendants. | CASE NO: 2:17-cv-02610-RFB-GWF<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 15 DAYS<br><br>Assigned to:<br>Hon. Richard F. Boulware, II<br>Hon. George W. Foley, Jr.<br><br>Complaint File:  October 6, 2017<br>Trial Date:  Not Set |

Plaintiff M&P Venture Partners, L.L.C. ("M&P") and Defendant MACO Construction Services, Inc. ("MACO") hereby stipulate, by and through their respective attorneys of record, as follows:

1. M&P filed this action on October 6, 2017, alleging breach of contract, recovery on Miller Act payment bond, and related claims against MACO and Western Surety Company.

2. The principals for MACO and M&P are in direct negotiations to resolve the payment dispute which is the subject of the above-captioned action. To accommodate these negotiations, MACO has requested an extension of its responsive pleading deadline. Because this brief extension will allow the parties to resolve their dispute and possible without further litigation,

good cause exists to extend the responsive pleading deadline.

3. This is the first time that an extension has been requested in the case.

4. Based on the foregoing, the parties have agreed to extend MACO's time to respond to the Complaint to November 28, 2017.

SO STIPULATED.

Dated this 15th day of November, 2017.

HOLLAND & HART LLP

By: /s/*Joseph G. Went, Esq.*
Lars K. Evensen, Esq.
Joseph G. Went, Esq.
Sydney R. Gambee, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*
*M&P Venture Partners, L.L.C*

Dated this 15th day of November, 2017.

By: /s/David W. Smiley
David W. Smiley, Esq. (NV Bar 11714)
FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive, Suite 700
San Diego, California 92121

Loren Young, Esq. (NV Bar 7567)
LINCOLN, GUSTAFSON & CERCOS, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

*Attorneys for Defendant MACO Construction Services, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2017

10423206_1