DAVID W. SMILEY
NEVADA BAR NO. 11714
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101
E-MAIL: dsmiley@ftblaw.com

LOREN YOUNG
NEVADA BAR NO. 75677
**LINCOLN, GUSTAFSON & CERCOS LLP**
ATTORNEYS AT LAW
3960 Howard Hughes Parkway, Suite 200
LAS VEGAS, NEVADA 89169
TELEPHONE: (702) 257-1997
FACSIMILE: (702) 257-2203
E-MAIL: lyoung@lgclawoffice.com

*Designated Local Counsel*
*For Physical Service of Papers*

Attorneys for Defendant MACO Construction Services, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M&P VENTURE PARTNERS L.L.C., an Arizona corporation, <br><br> Plaintiff, <br><br> v. <br><br> MACO CONSTRUCTION SERVICES, INC., an Arizona corporation; and WESTERN SURETY COMPANY, a surety, <br><br> Defendants. | CASE NO: 2:17-CV-02610-RFB-GWF <br><br> SUBSTITUTION OF ATTORNEY <br><br> Assigned to: <br> Hon. Richard F. Boulware, II <br> Hon. George W. Foley, Jr. <br><br> Complaint Filed:  October 6, 2017 <br> Trial Date:  Not Set |

Defendant Western Surety Company hereby substitutes David W. Smiley of Finch, Thornton & Baird, LLP, and designated local counsel for service of papers Loren Young of Lincoln, Gustofson & Cercos, LLP, as attorney of record in place and stead of Martin L. Welsh of The Law Offices of Hayes & Welsh and Craig E. Guenther of Booth, Mitchel & Strange, LLP.

I consent to the above substitution.

DATED: December 19, 2017          WESTERN SURETY COMPANY

Signature: _Mark S McKibbd_

Name: _MARK S McKibbd_

Title: _Authorized Representative_

I consent to the above substitution.

DATED:  December 18, 2017         THE LAW OFFICE OF HAYES &
                                  WELSH

By: _____/s/Martin L. Welsh_____
          MARTIN L. WELSH
          Attorneys for Defendant Western Surety
          Company

DATED:  December 18, 2017         BOOTH, MITCHEL & STRANGE, LLP

By: _____/s/Craig E. Guenther_____
          CRAIG E. GUENTHER
          Attorneys for Defendant Western Surety
          Company

I am duly admitted to practice in this District.

Above substitution accepted.

DATED:  December 18, 2017         FINCH, THORNTON & BAIRD, LLP

By: _____/s/David W. Smiley_____
          DAVID W. SMILEY
          Attorneys for Defendant MACO
          Construction Services, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

Policies and Procedures Manual, I hereby certify that the content of this

document is acceptable to Attorney Martin L. Welsh, counsel for Defendant

Western Surety Company, and Craig E. Guenther, Attorney *Pro Hac Vice* for

Defendant Western Surety Company, and that I have obtained authorization to

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

2:17-CV-02610-RFB-GWF

affix their electronic signatures to this document.

DATED: December 19, 2017     Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By:___/s/David W. Smiley_____
       DAVID W. SMILEY
Attorneys for Defendant MACO Construction
Services, Inc.
Email: dsmiley@ftblaw.com

Please check one: ___X____ RETAINED, or _____ APPOINTED BY THE
COURT.

APPROVED:

DATED:___December 26___, 2017

UNITED STATES MAGISTRATE JUDGE

2105.005/3C92276.srf

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3